UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUIS LIM,

        Plaintiff,

    v.

CHARLES SCHWAB & CO., INC.,

        Defendant.

Case No. 15-cv-02074-SI

**NOTICE OF RECUSAL**

    I hereby recuse myself in the above entitled matter and request that the case be reassigned in accordance with the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: July 16, 2015

_____

SUSAN ILLSTON
United States District Judge