ARNOLD & PORTER LLP
GILBERT R. SEROTA (Bar No. 75305)
gilbert.serota@aporter.com
KENNETH G. HAUSMAN (Bar No. 57252)
kenneth.hausman@aporter.com
ERICA M. CONNOLLY (Bar No. 288822)
erica.connolly@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

LOWELL HAKY (No. 178526)
Vice President and Associate General Counsel
CHARLES SCHWAB & CO., INC.
211 Main Street
San Francisco, CA 94105
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS LIM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendant. | Case No. 15-cv-02074-RS<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING DATE AND TO SET HEARING FOR DEFENDANT'S MOTION TO DISMISS** |

WHEREAS, the above-captioned case was reassigned to this Court on July 21, 2015, *see* ECF No. 31;

WHEREAS, on June 5, 2015, the parties submitted a stipulation to Judge Ilston proposing a briefing schedule for Defendant Charles Schwab & Co., Inc.'s ("Defendant") motion to dismiss,

**STIPULATION AND ORDER**        **CASE NO. 15-cv-02074-RS**

1  which set June 26, 2015 as the deadline for the motion, July 24, 2015 as the deadline for Plaintiff
2  Louis Lim's opposition, August 10, 2015 as the deadline for Defendant's reply, and September 4,
3  2015 as the hearing date for the motion, *see* ECF No. 21;
4      WHEREAS, on June 18, 2015, Judge Illston approved the parties' stipulation, *see* ECF No.
5  23;
6      WHEREAS, pursuant to the stipulation, Defendant filed its motion to dismiss the case on
7  June 26, 2015 and noticed the hearing for September 4, 2015, *see* ECF No. 24;
8      WHEREAS, pursuant to the reassignment of the case to this Court, all hearing dates were
9  vacated, *see* ECF No. 31;
10     WHEREAS, on July 22, 2015, a Clerk's Notice was issued from this Court setting a case
11 management conference for August 20, 2015 and ordering the parties to submit a case management
12 statement by August 13, 2015, *see* ECF No. 32;
13     WHEREAS, counsel for both Plaintiff Louis Lim ("Plaintiff") and for Defendant have
14 conflicts on the currently scheduled case management conference date of August 20, 2015 as well
15 as during the week of August 27;
16     WHEREAS, the parties believe that having the case management conference and the hearing
17 for Defendant's motion to dismiss on the same date would conserve the resources of the Court and
18 the parties;
19     WHEREAS, the parties have met and conferred concerning a hearing date that takes into
20 account these issues;
21     WHEREAS, the parties have not sought any other extension of time in this case;
22     WHEREAS, the parties agree that in light of the foregoing concerns and in the interest of
23 judicial efficiency, administration or justice and for the conservation of judicial and private
24 resources, there is good cause to consolidate the hearing on the motion to dismiss and the case
25 management conference;
26     **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO**
27 **APPROVAL BY THIS COURT**, by parties through their respective counsel of record, as follows:
28

STIPULATION AND ORDER                                            CASE NO. 15-cv-02074-RS

1. The hearing on Defendant's motion to dismiss shall be set for September 3, 2015 at 1:30 p.m.;

2. The case management conference shall be continued until September 3, 2015 at 1:30 p.m. and the other deadlines in the July 22, 2015 Clerk's Notice will be continued accordingly;

3. All other briefing deadlines for the motion to dismiss shall remain the same.

4. The parties do not seek to reset these dates for the purpose of delay.  The proposed new dates will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

SO STIPULATED.

DATED:  July 24, 2015              */s/ Gilbert R. Serota*
                                   GILBERT R. SEROTA
                                   Arnold & Porter LLP
                                   Counsel for Defendant Charles Schwab  Co., Inc.


DATED:  July 24, 2015              */s/ Timothy G. Blood*
                                   TIMOTHY G. BLOOD
                                   Blood Hurst & O'Reardon, LLP
                                   Counsel for Plaintiff Louis Lim


**IT IS SO ORDERED.**

Dated: July 24, 2015

                                   HONORABLE RICHARD SEEBORG
                                   U.S. DISTRICT COURT JUDGE

### ATTESTATION

Pursuant to Local Rule 5-1, I, Gilbert R. Serota, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

                                   */s/ Gilbert R. Serota*