UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS LIM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>　　　　Defendant. | Case Nos.  15-cv-02074-RS; 15-cv-02945-RS<br><br>**ORDER REGARDING DISCLOSURE OF AGREEMENT** |
| FRANCIS X. FLEMING,<br><br>　　　　Plaintiff,<br>　　v.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br>　　　　Defendants. | |

When resolving a motion to dismiss for failure to state a claim, review is generally limited to the four corners of the complaint. *Allarcom Pay Television. Ltd. v. Gen. Instrument Corp.*, 69 F.3d 381, 385 (9th Cir. 1995).  The court may, however, look to exhibits attached to the complaint, *see Hal Roach Studios. Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1555 n.19 (9th Cir. 1989), and documents incorporated by reference into the complaint. *See Van Buskirk v. Cable News Network, Inc.*, 284 F.3d 977, 980 (9th Cir. 2002).  Documents upon whose contents the complaint necessarily relies—even if the complaint does not explicitly allege their contents—and whose authenticity and relevance are uncontested, are considered incorporated by reference. *See Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010); *Knievel v. ESPN*, 393 F.3d 1068, 1076–77 (9th Cir. 2005).  The court may, in addition, take into account material that is properly the subject of judicial notice. *Lee v. City of Los Angeles*, 250 F.3d 668, 688–89 (9th Cir.

1  2001).  Judicial notice may be taken of a fact not subject to reasonable dispute because it either is

2  generally known within the trial court's territorial jurisdiction, or can be readily determined from

3  sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b).

4  The Equities Order Handling Agreement ("EOHA") is incorporated by reference in both

5  Lim and Fleming's complaints.  *See, e.g.*, Lim Compl. ¶¶ 1, 8 10; Fleming Compl. ¶¶ 56–57.

6  Accordingly, defendants shall file under seal an unredacted copy for the Court's consideration,

7  and shall provide to plaintiffs' counsel a copy on a "Highly Confidential—Attorneys' Eyes Only"

8  basis.  The agreement is being received by the Court in light of the fact that it is incorporated by

9  reference.  Defendants' request to take judicial notice of the document is unnecessary, and

10  therefore will be denied as moot.

**IT IS SO ORDERED**.

Dated: December 1, 2015

_____
RICHARD SEEBORG
United States District Judge