ARNOLD & PORTER LLP
GILBERT R. SEROTA (No. 75305)
gilbert.serota@aporter.com
KENNETH G. HAUSMAN (No. 57252)
kenneth.hausman@aporter.com
ERICA M. CONNOLLY (No. 288822)
erica.connolly@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  (415) 471-3100
Facsimile:   (415) 471-3400

LOWELL HAKY (No. 178526)
Vice President and Associate General Counsel
CHARLES SCHWAB & CO., INC.
211 Main Street
San Francisco, CA 94105
Telephone:  (415) 667-0622
Facsimile:   (800) 976-7981

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS LIM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendant. | Case No.  3:15-cv-02074-RS<br><br>**SCHWAB'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE UNDER SEAL AN UNREDACTED COPY OF THE EQUITIES ORDER HANDLING AGREEMENT BETWEEN SCHWAB AND UBS**<br><br>Judge:   Hon. Richard Seeborg |

On December 1, 2015, the Court ordered Defendant Charles Schwab & Co., Inc., ("Schwab") to file under seal the complete, unredacted version of the Equities Order Handling Agreement ("EOHA") between Schwab and UBS Securities LLC ("UBS").[1] ECF No. 51. Pursuant to the Court's order, which is attached as Exhibit A, Schwab is filing this Administrative Motion to File Under Seal, and has attached the unredacted version of the EOHA and all amendments to the EOHA as Exhibit B to this motion.

Respectfully submitted,

DATED: December 2, 2015

/s/ Gilbert R. Serota
GILBERT R. SEROTA
Arnold & Porter LLP
Counsel for Defendant
Charles Schwab & Co., Inc.

---

[1] The Court also ordered that the Schwab Defendants provide the complete, unredacted version of the EOHA designated as "Highly Confidential - Attorneys' Eyes Only" to counsel for Plaintiff Francis Fleming. ECF No. 51. Schwab will provide the unredacted copy, with the "Highly Confidential - Attorneys' Eyes Only" designation on each page to Plaintiff's counsel of record immediately upon entry of this order.

## [PROPOSED] ORDER

Consistent with its order requiring the Schwab Defendants to file the EOHA under seal, the Court grants the Schwab Defendants' administrative motion to file under seal the non-public version of the EOHA.

**IT IS SO ORDERED.**

Dated: 12/7/15

_____
Hon. Richard Seeborg
U.S. District Court Judge