UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS LIM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>　　　　Defendant. | Case Nos. 15-cv-02074-RS; 15-cv-02945-RS<br><br>**FURTHER ORDER REGARDING DISCLOSURE OF AGREEMENT** |
| FRANCIS X. FLEMING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br>　　　　Defendants. | |

The parties have inquired whether disclosure of the Equities Order Handling Agreement ("EOHA") is needed given this Court's December 7, 2015 ruling. Although the order did not directly rely on the EOHA, the Court reviewed the agreement and referred to it in the text of the opinion. Accordingly, in the interest of ensuring there is a complete record, the EOHA shall be disclosed to plaintiffs' counsel on a "Highly Confidential—Attorneys' Eyes Only" basis.

**IT IS SO ORDERED**.

Dated: December 11, 2015

_____
RICHARD SEEBORG
United States District Judge