UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS LIM,<br><br>       Plaintiff,<br><br>  v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>       Defendant. | Case Nos. 15-cv-02074-RS; 15-cv-02945-RS<br><br>**JUDGMENT** |
| FRANCIS X. FLEMING,<br><br>       Plaintiff,<br>  v.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br>       Defendants. | |

Plaintiffs advised the Court they have elected not to file amended complaints. Lim Dkt. No. 58; Fleming Dkt. No. 51. Based on the December 7, 2015, order of dismissal, *see* Lim Dkt. No. 54; Fleming Dkt. No. 48, judgment is entered in favor of defendants and against plaintiffs. The Clerk of Court shall close the files.

**IT IS SO ORDERED**.

Dated: January 6, 2016

_____
RICHARD SEEBORG
United States District Judge