1  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (190264)
2  KEVIN A. SEELY (199982)
   ASHLEY R. RIFKIN (246602)
3  LEONID KANDINOV (279650)
   600 B Street, Suite 1900
4  San Diego, CA  92101
   Telephone: (619) 525-3990
5  Facsimile: (619) 525-3991
   brobbins@robbinsarroyo.com
6  kseely@robbinsarroyo.com
   arifkin@robbinsarroyo.com
7  lkandinov@robbinsarroyo.com

   BLOOD HURST & O'REARDON, LLP
   TIMOTHY G. BLOOD (149343)
   THOMAS J. O'REARDON II (247952)
   PAULA M. BROWN (254142)
   701 B Street, Suite 1700
   San Diego, CA  92101
   Telephone: (619) 338-1100
   Facsimile: (619) 338-1101
   tblood@bholaw.com
   toreardon@bholaw.com
   pbrown@bholaw.com

8  FINKELSTEIN & KRINSK LLP
   JEFFREY R. KRINSK (109234)
9  WILLIAM R. RESTIS (246823)
   DAVID J. HARRIS, JR. (286204)
10 550 West C Street, Suite 1760
   San Diego, CA  92101
11 Telephone: (619) 238-1333
   Facsimile: (619) 238-5425
12 jrk@classactionlaw.com
   wrr@classactionlaw.com
13 djh@classactionlaw.com

14 Attorneys for Plaintiff and the Class

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17  LOUIS LIM, Individually And On Behalf Of All Others Similarly Situated,<br><br>18<br>19            Plaintiff,<br><br>20       v.<br><br>21  CHARLES SCHWAB & CO., INC., a Delaware Corporation,<br>22<br>23            Defendant. | Case No.:   3:15-cv-02074-RS<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

1  Notice is hereby given that plaintiff Louis Lim ("Plaintiff"), individually and on behalf
2  of all others similarly situated, appeals to the United States Court of Appeals for the Ninth
3  Circuit from the Order Granting Motions to Dismiss with Leave to Amend, entered December
4  7, 2015 (Dkt. No. 54), and Judgment entered January 6, 2016 (Dkt. No. 59).

Dated: February 5, 2016

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
KEVIN A. SEELY (199982)
ASHLEY R. RIFKIN (246602)
LEONID KANDINOV (279650)

By:         *s/ Kevin A. Seely*
            KEVIN A. SEELY

600 B Street, Suite 1900
San Diego, CA  92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
kseely@robbinsarroyo.com
arifkin@robbinsarroyo.com
lkandinov@robbinsarroyo.com

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA M. BROWN (254142)
701 B Street, Suite 1700
San Diego, CA  92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

FINKELSTEIN & KRINSK LLP
JEFFREY R. KRINSK (109234)
WILLIAM R. RESTIS (246823)
DAVID J. HARRIS, JR. (286204)
550 West C Street, Suite 1760
San Diego, CA  92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425
jrk@classactionlaw.com
wrr@classactionlaw.com
djh@classactionlaw.com

*Attorneys for Plaintiff and the Class*

- 1 -                    Case No. 3:15-cv-02074-RS
NOTICE OF APPEAL AND RULE 3-2 REPRESENTATION STATEMENT

| | |
|---|---|
| 1 | **NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |
| 2 | 1.      Plaintiff-Appellant Louis Lim is represented by the following counsel: |

**ROBBINS ARROYO LLP**
Brian J. Robbins (190264)
brobbins@robbinsarroyo.com
Kevin A. Seely (199982)
kseely@robbinsarroyo.com
Ashley R. Rifkin (246602)
arifkin@robbinsarroyo.com
Leonid Kandinov (279650)
lkandinov@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

**BLOOD HURST & O'REARDON, LLP**
Timothy G. Blood (149343)
tblood@bholaw.com
Thomas J. O'Reardon II (247952)
toreardon@bholaw.com
Paula M. Brown (254142)
pbrown@bholaw.com
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101

**FINKELSTEIN & KRINSK LLP**
Jeffrey R. Krinsk (109234)
jrk@classactionlaw.com
William R. Restis (246823)
wrr@classactionlaw.com
David J. Harris, Jr. (286204)
djh@classactionlaw.com
550 West C Street, Suite 1760
San Diego, CA 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

2.      Defendant-Appellee Charles Schwab & Co., Inc. is represented by the following counsel:

**ARNOLD & PORTER LLP**
Gilbert R. Serota (75305)
gilbert.serota@aporter.com
Kenneth G. Hausman (57252)
kenneth.hausman@aporter.com
Erica M. Connolly (288822)
erica.connolly@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

| | | |
|---|---|---|
| 1 | | |
| 2 | **CHARLES SCHWAB & CO., INC.**<br>Lowell Haky (178526) | |
| 3 | Vice President and Associate General Counsel<br>211 Main Street | |
| 4 | San Francisco, CA 94105<br>Telephone: (415) 471-3100 | |
| 5 | Facsimile: (415) 471-3400 | |
| 6 | Dated: February 5, 2016 | ROBBINS ARROYO LLP |
| 7 | | BRIAN J. ROBBINS (190264)<br>KEVIN A. SEELY (199982) |
| 8 | | ASHLEY R. RIFKIN (246602)<br>LEONID KANDINOV (279650) |
| 9 | | By:          *s/ Kevin A. Seely* |
| 10 | | KEVIN A. SEELY |
| 11 | | 600 B Street, Suite 1900<br>San Diego, CA  92101 |
| 12 | | Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991 |
| 13 | | brobbins@robbinsarroyo.com<br>kseely@robbinsarroyo.com |
| 14 | | arifkin@robbinsarroyo.com<br>lkandinov@robbinsarroyo.com |
| 15 | | BLOOD HURST & O'REARDON, LLP |
| 16 | | TIMOTHY G. BLOOD (149343)<br>THOMAS J. O'REARDON II (247952) |
| 17 | | PAULA M. BROWN (254142)<br>701 B Street, Suite 1700 |
| 18 | | San Diego, CA  92101<br>Telephone: (619) 338-1100 |
| 19 | | Facsimile: (619) 338-1101<br>tblood@bholaw.com |
| 20 | | toreardon@bholaw.com<br>pbrown@bholaw.com |
| 21 | | FINKELSTEIN & KRINSK LLP |
| 22 | | JEFFREY R. KRINSK (109234)<br>WILLIAM R. RESTIS (246823) |
| 23 | | DAVID J. HARRIS, JR. (286204)<br>550 West C Street, Suite 1760 |
| 24 | | San Diego, CA  92101<br>Telephone: (619) 238-1333 |
| 25 | | Facsimile: (619) 238-5425<br>jrk@classactionlaw.com |
| 26 | | wrr@classactionlaw.com<br>djh@classactionlaw.com |
| 27 | | *Attorneys for Plaintiff and the Class* |
| 28 | | |

- 3 -                    Case No. 3:15-cv-02074-RS
NOTICE OF APPEAL AND RULE 3-2 REPRESENTATION STATEMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*s/ Kevin A. Seely*
KEVIN A. SEELY

Robbins Arroyo LLP
600 B Street, Suite 1900
San Diego, CA  92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
kseely@robbinsarroyo.com

1080517